**Order entered February 13, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01020-CV

### JERRY GRISAFFI, Appellant

### V.

### ROCKY MOUNTAIN HIGH BRANDS, INC.
### F/K/A REPUBLIC OF TEXAS BRANDS, INC., Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-15441**

## ORDER

Before the Court is appellant's February 12, 2019 unopposed second motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **February 28, 2019**. We caution appellant that further extension requests will be disfavored.

/s/    KEN MOLBERG
        JUSTICE